IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER CE0052, | ) ) ) ) |
| Plaintiff, | ) NO. 3:20-cv-01037 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES |
| JUPITER MANAGING GENERAL AGENCY, INC. d/b/a JUPITER AUTO INSURANCE, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice stating that this action should be dismissed. (Doc. No. 125). Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE